opinion. Judgment (114 N. Y. Supp. 136) affirmed, with costs. Order filed.

MONTROSE v. LEVENSON et al. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by George H. Montrose against Michael Levenson and others. No opinion. Motion granted, with $10 costs. Settle order on notice. See, also, 114 N. Y. Supp. 136.

MOORE, Respondent, v. FINGER, · Appellant. (Supreme Court, Appellate Division, Third Department. May 21, 1909.) Action by Etta Moore, individually and as administratrix, etc., of William S. Smith, deceased, against Peter B. Finger, as administrator, etc., of Augusta C. Smith, deceased. No opinion. Motion granted. See, also, 131 App. Div. 399, 115 N. Y. Supp. 1035.

MORGANTHALER v. CARLIN. (Supreme Court, Appellate Division, Second Department. October 15, 1909.) Action by Jacob Morganthaler against Thomas G. Carlin. No opinion. Motion for leave to appeal to the Court of Appeals granted, without costs. See, also, 132 App. Div. 361, 116 N. Y. Supp. 723.

MORRELL, Respondent, v. STATEN ISLAND MIDLAND RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 23, 1909.) Action by Winant B. Morrell against the Staten Island Midland Railway Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

MORRISSEY, Respondent, v. GIBBS, Appellant. (Supreme Court, Appellate Division, Third Department. June 24, 1909.) Action by Joseph Morrissey against William H. Gibbs. No opinion. Judgment and order unanimously affirmed, with costs.

MOSES, Appellant, v. SOUTHARD–ROBERTSON CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Martin Moses against the Southard-Robertson Company. No opinion. Judgment and order of the County Court of Westchester county affirmed, with costs.

In re MOTT HAVEN CANAL DOCKS. (Supreme Court, Appellate Division, First Department. June 11, 1909.) In the matter of the Mott Haven Canal Docks. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. Order modified by Court of Appeals in 89 N E. 474.

MOWBRAY v. DE FOREST. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Action by William E. Mowbray against Harriet De Forest. No opinion Motion denied, with $10 costs. Order filed.

MULLER, Appellant, v. GUICHARD, Respondent. (Supreme Court, Appellate Division First Department. July 13, 1909.) Action by Richard Muller against Antonie Guichard. H R. Limburg, for appellant. J. L. Wilkie, for respondent. No opinion. Judgment affirmed with costs. Order filed.

In re MURPHY. (Supreme Court, Appellate Division, First Department. June 18 1909.) In the matter of Mary Murphy, deceased. No opinion. Decree affirmed, with costs. Order filed.

MURPHY, Appellant, v. McLAUGHLIN REAL ESTATE CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Margaret E. Murphy, as administratrix, of John J. Morrissey, deceased, against the McLaughlin Real Estate Company. No opinion. Order affirmed, with $10 costs and disbursements.

MURRAY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 18, 1909.) Action by Katherine Murray, as administratrix, against the New York Central & Hudson River Railroad Company. R. A. Kutschbock, for appellant. R. D. Thurber, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM and LAUGHLIN, JJ., dissent on the ground that the verdict finding the plaintiff free from contributory negligence is against the weight of evidence.

M. & E. APPEL CO., Appellant, v. FREDERICK, Respondent. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by the M. & E. Appel Company against Charles Frederick. No opinion. Order affirmed, with $10 costs and disbursements.

In re NATIONAL SYNDICATE OF IMPORTERS, MANUFACTURERS & JOBBERS. (Supreme Court, Appellate Division, Second Department. October 22, 1909.) In the matter of the application, pursuant to chapter 483 of the Laws of 1909, of the National Syndicate of Importers, Manufacturers, and Jobbers, a corporation organized under the business corporation law of the state of New York, for approval by the Appellate Division of the Supreme Court of the existence of said corporation, etc. No opinion. Application denied.

In re NEIDNIG. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) In the matter of the application for the revocation of letters of administration heretofore granted to Richard J. Neidnig upon the goods,